IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE PENSION, WELFARE AND VACATION FRINGE BENEFIT FUNDS OF IBEW LOCAL 701, <br><br> Plaintiffs, <br><br> vs. <br><br> GANNON WILLIAMS ELECTRICAL CONSTRUCTION & DESIGN, INC. d/b/a GANNON ELECTRIC & TECHNOLOGIES, INC. a dissolved corporation, and SEAN C. GANNON, Individually, <br><br> Defendants. | No. 04 C 02697 <br><br> Judge: Andersen <br><br> Magistrate Judge Bobrick |

## MEMORANDUM OF JUDGMENT

On February 3, 2005, Judgment was entered in favor of the Plaintiffs, TRUSTEES OF THE PENSION, WELFARE, AND VACATION FRINGE BENEFIT FUNDS OF IBEW LOCAL 701, and against Defendant, GANNON WILLIAMS ELECTRICAL CONSTRUCTION & DESIGN, INC. d/b/a GANNON ELECTRIC & TECHNOLOGIES, INC. a dissolved corporation, and SEAN C. GANNON, Individually, in the total amount of $15,402.48.

DATED: February 4, 2005

ENTER: _____
Honorable Judge Andersen

John F. Etzkorn
ARNOLD AND KADJAN
19 W. Jackson Blvd.
Chicago, IL 60604
(312) 236-0415